# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 3, 2019

159231

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

MICHAEL EUGENE BARNER,
        Defendant-Appellant.
_____/

SC: 159231
COA: 345901
Berrien CC: 2011-003033-FC

On order of the Court, the application for leave to appeal the January 10, 2019 order of the Court of Appeals is considered. We DIRECT the Berrien County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 3, 2019



Clerk

p0926